SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE

---

**Capital One**
Plaintiff(s),

v.

**SANDRA D. BELL**,
Defendant.

Index No.: EF000950-2025

TS 000460-25/MI

NOTICE OF REMOVAL
TO FEDERAL COURT

*RECEIVED MIDDLETOWN CITY COURT 2025 JUN 27 PM 3:57*

---

## NOTICE OF REMOVAL TO FEDERAL COURT

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT:

Comes now, the Defendant, appearing In Proper Person, and respectfully gives notice pursuant to 28U.S.C. §§ 1331, 1332, and 1441 that the above-entitled action, currently pending in the City Court of Middletown, Orange County State of New York under Case No. EF000950-2025, is hereby removed to this Court based on the following grounds:

### I. BASIS FOR FEDERAL JURISDICTION

1. This action involves one or more federal questions within the meaning of 28 U.S.C. § 1331, including violations of:

- The Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq.

- The Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq.

- The Truth in Lending Act (TILA), 15 U.S.C. § 1601 et seq.

2. Plaintiff Capital One Bank and its counsel, Selip & Stylianou, have engaged in acts giving rise to federal claims, including inaccurate reporting, improper debt collection practices, and failure to provide required disclosures.

3. This Court also has jurisdiction under 28 U.S.C. § 1332 as the parties are diverse and the amount in controversy exceeds $75,000 when aggregated with related counterclaims.

## II. STATEMENT OF FACTS

1. Plaintiff filed this action in state court but has failed to produce a certified copy of the alleged original contract bearing Defendant's wet-ink signature.

2. Plaintiff has failed to provide a complete, certified chain of assignment showing ownership of the alleged debt.

3. Defendant has raised counterclaims involving federal statutes and constitutional due process concerns.

4. Given the unresolved jurisdictional defects and federal claims involved, removal is proper under 28 U.S.C. §§ 1331 and 1441.

## III. RELIEF REQUESTED

Defendant respectfully requests that this Honorable Court:

1. Accept jurisdiction over this action;

2. Enter an order removing this matter from the City Court of Middletown, Orange County State of New York to this Court;

3. Stay all state court proceedings pending federal determination;

4. Grant such other relief as the Court deems just and proper.

## IV. RESERVATION OF RIGHTS

Defendant reserves all rights, remedies, defenses, and counterclaims available under the Constitution and applicable laws. This notice does not waive any objections to venue, service, jurisdiction, or merits of the case.

Respectfully submitted,

*Sandra Bell*, In Proper Person

**Sandra Bell, In Proper Person**
**29 South Aspen Rd., Middletown, NY 10940**
**All Rights Reserved, Without Prejudice UCC 1-308**

VERIFICATION / AFFIRMATION STATEMENT

I have read the foregoing Notice of Removal, and to the best of my knowledge, information, and belief, the statements contained herein are true and correct.

I make this affirmation under penalty of perjury.

*Sandra Bell* In Proper Person
**Sandra Bell, In Proper Person**
**All Rights Reserved, Without Prejudice UCC 1-308**

Dated: August 27, 2025
Middletown, New York


Date: _____

**Notary Acknowledgment:**

**Subscribed and sworn before me this ____ day of _____, 2025.**

_____

**Notary Public**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal was served on all parties by certified mail on this 27th day of August, 2025:

Certified Mail, and fax :

**Selip & Stylianou, LLP**
Attorneys for Plaintiff
P.O. Box 9004
199 Crossways Park Drive
Woodbury, NY 11797-9004

**Sandra Bell**
29 S Aspen Rd
Middletown, NY 10940
In Proper Person

_____   Dated_____

I am over the age of 18 and not a party to this action.

Dated: _____   Notary Signature _____

Middletown, New York