UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
CAPITAL ONE,                                                             :
:
                Plaintiff,                         :      25 Civ. 7159 (JPC)
:
        -v-                                                 :            ORDER
:
SANDRA D. BELL,                                                          :
:
                Defendant.                        :
:
------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

        On August 28, 2025, *pro se* Defendant Sandra D. Bell filed a notice of removal from an action currently pending in the City Court of Middletown, Orange County, State of New York. *See* Dkt. 1. However, Defendant failed to include "a copy of all process, pleadings, and orders" as required by 28 U.S.C. § 1446(a). Accordingly, Defendant shall file those required documents by September 18, 2025. The Clerk of Court is respectfully directed to mail this Order to Defendant's address of record, 29 South Aspen Rd., Middletown, NY 10940.

        SO ORDERED.

Dated: September 4, 2025
       New York, New York
                                                   JOHN P. CRONAN
                                                 United States District Judge