Sandra D. Bell
29 South Aspen Rd
Middletown, New York 10940
845-800-8409 - bellovely@yahoo.com

FILED
U.S. DISTRICT COURT
2025 SEP 16 PM 4:21
S.D. OF N.Y.W.P.

September 15, 2025
Clerk of the Court
United States District Court

Re: Notice of Removal

Case: Capital One N.A. v. Sandra D. Bell
Federal Case no per Order 25 CIV. 7159 (JCP)
City Court Index No.: TS 460-25

Dear Clerk of the Court,

Please find enclosed the following documents submitted in support of my Notice of Removal to the United States District Court:

1. Pleading in Support of Notice of Removal
2. Affidavit in Support of Notice of Removal (28 U.S.C. § 1746 Declaration)
3. Copy of the State Court Docket and Documents were sent by email and handed in.
    All other parties will receive an email with documents that I will copy the court on as well.

This matter involves federal questions including Fair Debt Collection Practices Act (FDCPA) violations and the right to compel arbitration per the cardmember agreement. I respectfully request the Court to take judicial notice and acknowledge the receipt of them by email to court of the enclosed documents and to proceed accordingly.

Thank you for your attention to this matter.

Respectfully submitted,
*Sandra Bell*
Sandra D. Bell
In Proper Person
Without Prejudice UCC1-308

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
CAPITAL ONE,

                Plaintiff,

      -v-

SANDRA D. BELL,

                Defendant.
------------------------------------------------------------------------ X

25 Civ. 7159 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

      On August 28, 2025, *pro se* Defendant Sandra D. Bell filed a notice of removal from an action currently pending in the City Court of Middletown, Orange County, State of New York. *See* Dkt. 1. However, Defendant failed to include "a copy of all process, pleadings, and orders" as required by 28 U.S.C. § 1446(a). Accordingly, Defendant shall file those required documents by September 18, 2025. The Clerk of Court is respectfully directed to mail this Order to Defendant's address of record, 29 South Aspen Rd., Middletown, NY 10940.

      SO ORDERED.

Dated: September 4, 2025
       New York, New York

                                            JOHN P. CRONAN
                                            United States District Judge

```
MIME-Version:1.0
From:NYSD_ECF_Pool@nysd.uscourts.gov
To:CourtMail@localhost.localdomain

Message-Id:<33555848@nysd.uscourts.gov>
Subject:Activity in Case 1:25-cv-07159-JPC Capital One v. Bell Order
Content-Type: text/plain
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

U.S. District Court

Southern District of New York

Notice of Electronic Filing

The following transaction was entered  on 9/4/2025 10:58 AM EDT and filed on 9/4/2025

Case Name: Capital One v. Bell

Case Number: 1:25-cv-07159-JPC https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?648674

Filer:

Document Number: 3

Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.nysd.uscourts.gov/doc1/127138150147?caseid=648674&de_seq_num=23&magic_num=MAGIC

Docket Text:
 ORDER:   On August 28, 2025, pro se Defendant Sandra D. Bell filed a notice of removal  from an action currently pending in the City Court of Middletown, Orange County,  State of New York. See Dkt. 1. However, Defendant failed to include "a copy of  all process, pleadings, and orders" as required by 28 U.S.C. § 1446(a).  Accordingly, Defendant shall file those required documents by September 18,  2025. The Clerk of Court is respectfully directed to mail this Order to  Defendant's address of record, 29 South Aspen Rd., Middletown, NY 10940. SO ORDERED.   (Signed by Judge John P. Cronan on 9/4/2025)   (jca)


1:25-cv-07159-JPC Notice has been electronically mailed to:


1:25-cv-07159-JPC Notice has been delivered by other means to:
Sandra D. Bell
29 South Aspen Rd.
Middletown,  NY 10940



The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: n/a
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1008691343 [Date=9/4/2025] [FileNumber=33555847-0]
[54bf43a215f009c4551bd1a5ec5b89378ac435c6c7353afb8168559751e8aa46386f6b856b2365271d400453592f4f00e6253c7db5e8b856d4f6ccf771d2ca42]]